11th
Court of Appeals

                                                                  Eastland,
Texas

                                                                        Opinion

 

In re Jimmy
Allan Speed

No.
11-05-00291-CR -- Appeal from Nolan County

 

On
July 29, 2005, the trial court signed an order denying Jimmy Allan Speed=s pro se motion to recuse Honorable
Glen Harrison from ruling on Speed=s
post-felony conviction writ of habeas corpus. 
Speed is attempting to appeal. 
The clerk=s record
filed in this court reflects that Judge Harrison voluntary recused himself in
an order signed on August 2, 2005.

The
July 29 order is not an appealable order. 
Moreover, any complaints regarding Judge Harrison=s
ability to hear the writ are moot.  Speed
has not responded to our letter of August 25, 2005, advising him that it
appeared this court did not have jurisdiction over this appeal and requesting
that he respond showing grounds for continuing his appeal.

The
appeal is dismissed for want of jurisdiction.

 

PER CURIAM

 

September 15,
2005

Do not
publish.  See TEX.R.APP.P.
47.2(b).

Panel consists of: Wright, J.,
and

McCall, J.[1]











[1]W. G. Arnot, III, Chief Justice,
retired effective July 31, 2005.  The
chief justice position is vacant.